**United States District Court**
For the Northern District of California

*E-Filed 4/16/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGIE MUNOZ and MAURICIO MUNOZ,<br><br>            Plaintiffs,<br><br>v.<br><br>AURORA LOAN SERVICES, INC.; WELLS FARGO BANK, N.A.; and DOES 1-50, inclusive,<br><br>            Defendants.<br>_____/ | No. 5:09 CV 0578 RS<br><br>**ORDER CONTINUING MOTION HEARING AND REQUESTING STATUS UPDATE** |

THIS MATTER is before the Court *sua sponte* following the filing of a first amended complaint by plaintiffs Angie and Mauricio Munoz. *See* Fed. R. Civ. P. 15(a)(1)(A) ("A party may amend its pleading once as a matter of course . . . before being served with a responsive pleading[.]"). As the motions[1] currently set for hearing on April 22, 2009, pertain to a previous version of the complaint, the Court will vacate this hearing date and continue the hearing pending further developments in the case.

Within **ten (10)** court days of the filing of this order, counsel for the respective defendants are instructed to file status updates as to their currently pending motions. Counsel may choose to

---

[1] Currently pending for April 22, 2009 hearing are defendant Aurora Loan Services, Inc.'s motion to dismiss (docket [9]), motion to strike (docket [10]), and motion for a more definite statement (docket [11]), and defendant Wells Fargo Bank, N.A.'s motion to dismiss (docket [13]) and motion to strike (docket [14]).

1  rely on their motion(s) as they stand, in which case they should so indicate.  Alternately, they may
2  choose to withdraw their current motions and file new ones.  Either way, counsel should re-notice
3  for hearing any motions they wish the Court to rule upon and adhere to a corresponding briefing
4  schedule in accordance with Civil Local Rules 7-2 and 7-3.

6      IT IS SO ORDERED.

7  Dated: April 16, 2009

                                    RICHARD SEEBORG
                                    United States Magistrate Judge